UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | No. 2:21-cv-2035-TLN-CKD |
| Plaintiff, | |
| v. | ORDER TO FILE STATUS REPORT |
| JOHN DOE subscriber assigned IP address 67.161.168.40, | |
| Defendant. | |

On January 5, 2022, plaintiff filed a status report (ECF No. 6) in accordance with the terms of this court's November 22, 2021 minute order. (ECF No. 5.) In the status report, plaintiff advises the court that defendant's internet service provider has not yet responded to plaintiff's third-party subpoena. As such, plaintiff is unable to submit a complete status report at this time.

ACCORDINGLY, IT IS ORDERED THAT within 30 days from the date of this order, plaintiff shall file a further status report that includes the information set forth in the courts November 22, 2021 order.

Dated: January 10, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Strike3.2035.furtherstatus

1